was entering a turnstile on the platform of defendant's subway station. The complaint was dismissed at the close of plaintiffs' case. Judgment affirmed, with costs. There was no showing of negligence for which defendant is liable. (*Kraus v. Wolf*, 253 N. Y. 300; *Boyne* v. *City of Buffalo*, 269 id. 657.) Davis, Johnston and Adel, JJ., concur; Lazansky, P. J., and Carswell, J., dissent and vote for reversal and a new trial upon the ground that there was a question of fact for determination by the jury as to negligence and contributory negligence.

THE DIXIE FIRE INSURANCE COMPANY, THE NEW YORK FIRE INSURANCE COMPANY and THE AMERICAN ALLIANCE INSURANCE COMPANY OF NEW YORK, Appellants, v. THE HOLLAND FURNACE COMPANY, Respondent.— In an action brought by plaintiffs, insurance companies, upon a claim of their insured, assigned to the plaintiffs, for damages caused by the alleged negligence of the defendant resulting in the destruction by fire of real and personal property, judgment in favor of defendant, entered upon the verdict of a jury, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Adel and Taylor, JJ.

ARTHUR ELLER and MARY ELLER, His Wife, Respondents, v. CHARLES SELIGMAN, Appellant.— Action by husband and wife to recover for personal injuries and loss of services as a result of the wife's being injured when an automobile in which she was a passenger collided with defendant's car. Judgment for plaintiffs and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Davis, Johnston and Adel, JJ.

CHARLES ELLER and ALETTA ELLER, His Wife, Respondents, v. CHARLES SELIGMAN, Appellant.— Action by husband and wife to recover for personal injuries and loss of services as a result of the wife's being injured when an automobile in which she was a passenger collided with defendant's car. Judgment for plaintiffs and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Davis, Johnston and Adel, JJ.

JOHN FERNANDEZ, Respondent, v. AMERICAN-WEST AFRICAN LINE, INC., Appellant.— In an action to recover damages for personal injuries alleged to have been sustained by plaintiff as a seaman on a ship at sea, judgment in favor of plaintiff reversed on the facts and a new trial granted, costs to appellant to abide the event. The determination of the jury that the ailments of the plaintiff were caused through the negligence of the defendant is against the weight of the evidence. The appeal from an order denying a motion to set aside the verdict and for a new trial is dismissed, without costs. There is no such order. Lazansky, P. J., Davis and Adel, JJ., concur; Carswell and Johnston, JJ., concur as to the dismissal of the appeal from the order, but dissent from the reversal of the judgment and vote to affirm.

JAMES P. GILLEENY and 216 Others, Respondents, v. (Group I) ALEXANDER M. BING, DOUGLAS L. ELLIMAN, RICHARD T. ELY, ARTHUR LEHMAN, FRANK LORD, Mrs. JOSEPH M. PROSKAUER, Mrs. FRANKLIN D. ROOSEVELT, RUTH W. DOLAN, S. A. BERMAN, D. M. KENDALL, M. O'R. BOLLMAN, (Group III) GARDEN ESTATES, INC., Formerly Named the LIMIDEND HOUSING CORPORATION, RADSUN CORPORATION, (Group IV) IRVING TRUST COMPANY, as Trustee under Indenture Dated July 1, 1927, between the IRVING TRUST COMPANY and the CITY HOUSING CORPORATION, Appellants, and Others, Defendants.— Order denying motion of the defendants-appellants for an order dismissing the complaint for lack of jurisdiction